IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUSTINE PELAGATTI, SR., | : | CIVIL ACTION |
| | : | NO. 11-7336 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MINNESOTA LAWYERS MUTUAL INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **25th** day of **June, 2013**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 13), Plaintiff's Response (ECF No. 15), Plaintiff's Cross-Motion for Summary Judgment (ECF No. 14), and Defendant's Response (ECF No. 16), it is hereby **ORDERED** as follows:

(1) Defendant's Motion for Summary Judgment is **GRANTED**;

(2) Plaintiff's Cross-Motion for Summary Judgment is **DENIED**;

(3) All claims having been adjudicated, the Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

                                               **/s/ Eduardo C. Robreno**
                                               **EDUARDO C. ROBRENO, J.**